FILED: February 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1113

(2:13-cv-00036-D)
(12-00186-8-ATS)
(10-06719-8-ATS)

_____

In re: TANGLEWOOD FARMS, INC. OF ELIZABETH CITY

       Debtor

------------------------------

JAMES B. ANGELL, Chapter 7 Trustee for Tanglewood Farms, Inc., of Elizabeth City

       Trustee - Appellant

v.

MEHERRIN AGRICULTURAL & CHEMICAL COMPANY

       Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Elizabeth City |
|---|---|
| Originating Case Number(s) | 2:13-cv-00036-D<br>12-00186-8-ATS |

|  | 10-06719-8-ATS |
|---|---|
| Date notice of appeal filed in originating court: | 02/05/2014 |
| Appellant (s) | James B. Angell |
| Appellate Case Number | 14-1113 |
| Case Manager | Cathy Tyree<br>804-916-2704 |