UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 14-1113

| | |
|---|---|
| JAMES B. ANGELL, CHAPTER 7 TRUSTEE FOR TANGLEWOOD FARMS, INC. OF ELIZABETH CITY )<br><br>Appellant,<br><br>v.<br><br>MEHERRIN AGRICULTURAL & CHEMICAL COMPANY<br><br>Appellee | JOINT NOTICE OF SETTLEMENT |

NOW COME Appellant James B. Angell, Chapter 7 Trustee for Tanglewood Farms, Inc. of Elizabeth City ("Angell") and Appellee Meherrin Agricultural & Chemical Company ("Meherrin"), by and through undersigned counsel, and hereby jointly give notice that the parties have executed a settlement agreement (the "Settlement Agreement") which fully resolves all claims and matters subject to this appeal. In accordance with Federal Rule of Bankruptcy Procedure 9019, the Settlement Agreement is subject to approval by the United States Bankruptcy Court for the Eastern District of North Carolina (the "Bankruptcy Court"), AP No. 12-00186-8-RDD. Contemporaneously with this notice, Angell is filing a motion to request approval of the Settlement Agreement by the Bankruptcy Court (the "Rule 9019 Motion"). Upon entry of an order approving the Settlement Agreement by the Bankruptcy Court, the parties shall submit a joint stipulation of dismissal of this appeal. In the event that the Settlement Agreement is not approved by the Bankruptcy Court, the parties will notify this Court, and will proceed with the matters before this Court. The parties anticipate that the Bankruptcy Court will review and rule on the Rule 9019 Motion within forty-five (45) days.

This the 9th day of May, 2014.

HOWARD STALLINGS FROM &
HUTSON, P.A.

/s/ Nicholas C. Brown
Nicholas C. Brown
NC State Bar No.: 38054
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
Attorney for Appellant

WARD AND SMITH, P.A.

/s/ Michael J. Parrish
Michael J. Parrish
NC State Bar No.: 38419
P.O. Box 8088
Greenville, NC 27835-8088
Telephone:  (252) 215-4000
Facsimile:  (252) 215-4077
Attorney for Appellee